**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEISSA PHILOSTENE, | Case No.: 26-cv-2433-BJC-GC |
| Petitioner, | **ORDER DISMISSING PETITION AS DUPLICATIVE** |
| v. | |
| CHRISTOPHER LAROSE, Warden of the Otay Mesa Detention Center, et. al., | |
| Respondents. | |

Petitioner Neissa Philostene filed the instant petition seeking relief under 28 U.S.C. § 2241 on April 16, 2026. However, Petitioner has a previously filed petition asserting the same claims currently pending before this Court. Accordingly, the Court DISMISSES this action as duplicative. All pending dates are VACATED.

**IT IS SO ORDERED**.

Dated: April 28, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2433-BJC-GC